## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3151 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| CHRISTOPHER CUMMINGS, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call was held with counsel.

IT IS ORDERED that:

(1)    The defendant's unopposed motion to continue trial (filing 15) is granted.

(2)    Trial of this case is continued to 9:00 a.m., Monday, March 31, 2008, before the undersigned United States district judge, as the number two criminal case, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)    The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161.

January 11, 2008.                                    BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge