IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3151 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER CUMMINGS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a motion under 28 U.S.C. § 2255 (filing no. 42). Before I conduct an initial review, I want the government to respond by brief and affidavits to the defendant's claim that a prosecutor withheld *Brady* or *Giglio* material regarding Corina Trivino and Jose Cross.

IT IS ORDERED that the government shall file a brief and such affidavits as are appropriate in response to the defendant's motion no later than the close of business on October 11, 2013. My chambers shall bring this matter to my attention upon the filing of the government's brief and affidavits.

DATED this 10th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge