IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3151 |
| V. | ) | |
| CHRISTOPHER CUMMINGS, | ) | ORDER |
| Defendant. | ) | |

     IT IS ORDERED that the plaintiff's motion for extension of time (filing 47) is granted. The plaintiff's response to the defendant's § 2255 motion shall be filed on or before October 25, 2013.

     DATED this 11th day of October, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge